UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

EEOC,
        Plaintiff(s);

vs.                          No. CV99-P-01683-S

CHEMICAL LIME COMPANY,
        Defendant(s).

FILED 99 NOV -9 PM 3:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED NOV 9 1999

ORDER

    Pursuant to the stipulation, this case is dismissed with prejudice, each party bearing its own costs except as provided in the Settlement Agreement filed with the stipulation.

Dated: _____Nov. 9_____, 1999

                                        Chief Judge Sam C. Pointer, Jr.

Service List:
  Mr. Jerome C. Rose
  Ms. Jill L. Vincent
  Mr. C. Gregory Stewart
  Ms. Gwendolyn Young Reams
  Ms. Elizabeth J. Hubertz
  Mr. Glenn G. Patton
  Mr. John Edward Goodman
  Mr. Angus Nabers McFadden
  Mr. Alexander E. Wilson, III